```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

ROBERT EARL JOHNSON                                          PLAINTIFF

    V.                    Civil No. 08-6063

DAVID TURNER, Sheriff, Clark County,
Arkansas; and JACKIE NEWBURN, Jail
Administrator, Clark County Detention
Center                                                      DEFENDANTS

O R D E R

On this 19th day of August 2010, there comes on for consideration the report and recommendation filed in this case on August 10, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 22). Also before the Court are Defendants' objections and Plaintiff's response to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (Doc. 17) is DENIED.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge